UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD LOUIS MARCRUM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:02CV01167 AGF |
| ) | |
| AL LUEBBERS, ) | |
| ) | |
| Respondent. ) | |

## WRIT OF HABEAS CORPUS

Pursuant to the Memorandum and Order issued herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the petition of Richard Louis Marcrum for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is granted. The convictions of Richard Louis Marcrum for first-degree murder and armed criminal action are vacated, and Petitioner shall be released from custody unless he is retried by the State of Missouri within 90 days of this date.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of September, 2005.